IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:  
U.S. Courthouse  
1 Courthouse Way  
Boston, Mass.  
02210

DATE: 9/24/04  
U.S. vs. James Smith  
CASE NO.: 04-4272 JKB  
YOUR DOCKET NO.: 04-30046-MAP

Enclosed herein please find certified copies of the following:

( ) Warrant of Arrest (Copy)
( ) Complaint/Indictment/Information (Copy)
( ) Financial Affidavit
( ) Order appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
(✓) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(✓) Waiver of Identity/Removal Hearing
( ) Temporary Detention Order
( ) Detention Order
( ) Commitment to Another District
( ) Docket Sheet from this District
( ) Other:

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.

Return to:

Clerk, U.S. District Court
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2675

By: _____
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

vs.  *

JAMES SMITH  *   Case No.  04-4272JKB

*******

## WAIVER OF RULE 5(c)(3) HEARINGS
(Formerly Rule 40 Hearings)

I understand that in the _____ District of _Massachusetts_, charges are pending alleging violation of _Wire Fraud, Consp to launder etc._ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. an identity hearing to determine if I am the person named in the charge;

*check one only*

[ ] **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

3. a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES**

3. a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
4. a hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

☒ an identity hearing
☐ a preliminary hearing
☐ an identity hearing and have been informed I have no right to a preliminary hearing
☐ an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_9/23/04_  
Date

Defendant

_PRO SE_
Defense Counsel

I hereby attest and certify on __9/27/04__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

U.S. District Court - Criminal Magistrate Forms: Removal Hearing 302 (Rev. 4/16/2003)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     Case No. 04-4272JKB

JAMES SMITH     *

******

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant shall notify the U.S. Pretrial Services Office for this District within 24 hours if he/she is arrested or questioned by a law enforcement officer or charged with an offense, including any traffic offense.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _U.S. COURTHOUSE, 534 FED. BLDG, 1550 MAIN ST., SPRINGFIELD, MA 01101_ (place) on _Thursday, Sept 30, 2004 at 2 P.M._ (date and time).

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☑ (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐ (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

District Court (2/2/04) Criminal Magistrate Forms Detention 107

Page 1 of 3

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**
**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Convictions for the commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of any sentence imposed, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined no more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Signature of Defendant

Address  713 _Woodbourne Ave_
City/State  _Baltimore, MD_  1212   (410) 323-110_
Telephone No.

## Directions to United States Marshal

☒ The defendant is ORDERED released after processing.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_Sept 23, 2004_
Date

JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE