UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| JAMES SMITH, ET AL., | ) | |
| Defendants | ) | |

### DEFENDANT'S MOTION FOR COURT-APPOINTED COUNSEL AND ACCOMPANYING FINANCIAL AFFIDAVIT

Defendant James Smith hereby moves for court-appointed counsel, stating he cannot afford legal representation. In support thereof, defendant states that he lost his employment as a result of the Indictment, and although he recently obtained a position elsewhere, this is not sufficient to obtain an appropriate loan.

Defendant wishes to inform the Court that he has spoken to Attorney Jack F. St. Clair, who has done a considerable amount of work in this case, and who is willing to accept a court appointment in this case if the Court deems it appropriate. Defendant has no substantial financial assets and attaches a financial affidavit in support of this motion for court-appointed counsel.

Respectfully submitted,

/James Smith/
James Smith

Dated: March 17, 2005

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF
___ vs ___
FOR ___ AT ___

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? (Yes) No  Am Self Employed
- Name and address of employer: Accredited Home Lenders
- IF YES, how much do you earn per month? $ 2,500 + Commission
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ N/A

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amounts

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes (No)
IF YES, GIVE VALUE AND DESCRIBE IT $ None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
James H. Smith IV - Son
Joycelyn E. Smith - Daughter

**DEBTS & MONTHLY BILLS**

| APARTMENT or HOME | Creditors | Total Debt | Monthly Pymt |
|---|---|---|---|
| Rent | Denise Victory | | 800.00 |
| Credit cards | | 1,600.00 | 90.00 |
| Car Payment | | 27,500 | 552.00 |
| Food, utilities, Insurance | | | 150.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/28/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

TOTAL P.02