✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

JAMES SMITH                                        CASE NUMBER:    04cr30046-MAP

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
|  | March 29, 2005, at 4:00 p.m. |

TYPE OF PROCEEDING

HEARING ON [73] MOTION FOR COURT-APPOINTED COUNSEL

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 24, 2005                          /s/ Bethaney A. Healy
DATE                                    (BY) DEPUTY CLERK

TO:    All counsel of record