UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v.                          )          CRIMINAL NO. 04-30046-MAP<br>)<br>JAMES SMITH, ET AL.       )<br>       Defendants    ) | |

MOTION TO CONTINUE HEARING
REGARDING COURT-APPOINTED COUNSEL

    Counsel for defendant respectfully requests a continuance of the hearing scheduled for March 29, 2005 at 4:00 p.m. regarding appointment of counsel. As reasons therefor, counsel states he will be out-of-state on a prepaid family vacation until April 2, 2005. Counsel has communicated with defendant Smith who advises he will be unavailable April 12-14, 2005. Consequently, counsel offers April 7 and April 8, 2005 as convenient dates for the above-mentioned hearing.

                                             Respectfully submitted,

Dated: March 25, 2005                /s/ Jack F. St. Clair
_____
Jack F. St. Clair
BBO#438100
73 Chestnut Street
Springfield, MA  01103
(413) 737-5000
(413) 731-1302 facsimile