UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| ALBERT INNARELLI, ET AL., ) | |
| ) | |
| Defendants. ) | |

**PARTIES' FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this final joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1. There are no outstanding discovery issues not yet presented.[1]

2. The Government anticipates providing additional discovery. As the investigation has continued, the Government has received more loan files. Some of these files may have been received after the review of the loan files by various defense

---

[1] The Government is unaware of the status of copying efforts by defense counsel's copy vendor. The Government had delivered all loan files of which defense counsel had requested copies to defense counsel's copy vendor shortly after the last status conference.

1

counsel. In addition, a superseding indictment with several new defendants is highly likely, and it is anticipated that the grand jury will return such an indictment in mid to late July, 2005.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The Government has not requested notice of alibi. However, the defendants do not intend to raise a defense of alibi to the current charges.

5. The defendants will file substantive motions that will require rulings by the court.

6. A schedule should be set for substantive motions. Time under the Speedy Trial Clock should be tolled from the date of the status conference through the filing of the motions to provide the defendant ample time to research, draft, and submit his motion. This request takes into consideration the due diligence of the party and would be in the interests of justice. In addition, this case has been designated a complex case.

7. To date, one defendant has indicated that he will plead guilty.

8. Excludable delay should be ordered under 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and Local Rules 112.2(A)(1) and (2). No time has run on the Speedy Trial Clock given the designation of this case as complex case.

9. The parties believe at this point that a trial should

be anticipated. The Government would anticipate the trial to last approximately two and a half months.

Filed this ___th day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Albert Innarelli

_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

3

For defendant Wilfred Changasie

_____
TERRY NAGEL, ESQ.
Counsel for defendant Changasie

For defendant Theodore Jarrett

_____
MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Jonathan Frederick

_____
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_____
DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

4

CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                June 30, 2005


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

| | |
|---|---|
| Moira L. Buckley, Esq.<br>Shipman & Goodwin<br>One Constitutional Plaza<br>Hartford, CT  06103-1919 | Steven W. Leary, Esq.<br>95 State Street<br>Springfield, MA  01103 |
| Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA  01103 | Michael O. Jennings, Esq.<br>73 Chestnut Street<br>Springfield, MA  01105 |
| Terry S. Nagel, Esq.<br>95 State Street<br>Springfield, MA  01103 | Maria Durant, Esq.<br>Dwyer & Collora<br>600 Atlantic Avenue<br>Boston, MA  02210 |
| Robert Santaniello, Jr., Esq.<br>Santaniello & Santaniello<br>83 State Street<br>Springfield, MA  01103 | Jack St. Clair, Esq.<br>73 Chestnut Street<br>Springfield, MA  01103 |
| Mark J. Albano, Esq.<br>Dalsey, Ferrara & Albano<br>73 State Street<br>Springfield, MA 01103 | Daniel D. Kelly, Esq.<br>Robinson, Donovan, Madden &<br>  Barry<br>1500 Main Street<br>P.O. Box 15609<br>Springfield, MA  01103 |