UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| JAMES SMITH, ET AL. | ) | |
| Defendants | ) | |

### MOTION FOR WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

Now comes the Defendant James Smith in the above-captioned matter and moves this Honorable Court, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, to accept Defendant's Waiver of Appearance at Arraignment.

As reasons, the Defendant states that although a Superseding Indictment was returned in this case, there are no new charges against Defendant. The only material difference between the old charges and the new charges against Defendant is that former Count Sixty-Three in the original Indictment has been re-numbered Count Sixty-Nine in the Superseding Indictment. Moreover, Assistant United States Attorney William Welch has notified counsel via letter that he would not oppose a waiver of Defendant's arraignment on the new charges.

Given that Defendant Smith has already had his initial appearance and arraignment on these charges, and expressed his willingness to plead guilty, the Defendant moves that the Court accept Defendant's Waiver of Appearance at Arraignment.

                                                                                           THE DEFENDANT
                                                                                           JAMES SMITH

                                      By:    */s/ Jack F. St. Clair*
                                                                          Jack F. St. Clair, Esq.
                                                                           73 Chestnut Street
                                                                           Springfield, MA  01103
                                                                           Tel.: (413) 737-5000
                                                                           Fax: (413) 731-1302
                                                                           BBO# 438100

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| JAMES SMITH, ET AL. | ) | |
| Defendants | ) | |

### WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the Defendant James Smith hereby waives personal appearance at the arraignment on the charges in the Superseding Indictment.

1) The Defendant affirms he has received a copy of the Superseding Indictment in which the only material difference between the old charges and the new charges against Defendant is that former Count Sixty-Three in the original Indictment has been re-numbered Count Sixty-Nine in the Superseding Indictment;

2) The Defendant has already had his initial appearance and arraignment on the original Indictment, and has expressed his willingness to plead guilty;

3) The Defendant understands that he has the right to appear personally before the Court for an arraignment on the Superseding Indictment, and voluntarily waives that right.

/s/ James Smith
James Smith

*Jack F. St. Clair*
Counsel for Defendant
Jack F. St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103
Tel: (413) 737-5000
Fax: (413) 731-1302
BBO# 438100

## CERTIFICATE OF SERVICE

    I, Jack F. St. Clair, hereby certify that I caused the foregoing document to be served upon William M. Welch II, Assistant United States Attorney, at the United States Attorney's Office at 1500 Main Street, Springfield, MA, via facsimile this 30th day of September 2005.

                                             */s/ Jack F. St. Clair*
                                             Jack F. St. Clair, Esq.
                                             73 Chestnut Street
                                             Springfield, MA 01103
                                             Tel.: (413) 737-5000
                                             Fax: (413) 731-1302
                                             BBO# 438100

Dated: September 30, 2005