UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 04-30046-MAP |
| | ) |
| ALBERT INNARELLI, ET AL, | ) |
| Defendants | ) |

ORDER RE: PRESENTENCE PROCEEDINGS

May 8, 2006

PONSOR, D.J.

During the plea proceedings relating to co-defendants Bergdoll, Matos, and Romeo, the court established a schedule for completion of proceedings leading up to sentencings in this case. All defendants whose sentencing dates permit it may participate in the following schedule, either individually or through joint submissions with other defendants.

Following discussions with counsel for co-defendants Bergdoll, Matos and Romeo, and with counsel for the government, the court orders as follows:

   1.  The government will make final disclosure of
   documents related to sentencing by May 19, 2006.

   2.  Defense counsel who seek documents beyond those
   voluntarily disclosed by the government may file
   appropriate motions seeking additional documents, no

later than June 9, 2006.

3. The government will file its response or opposition to Defendants' motions no later than June 23, 2006. The court will thereafter rule on the motions, on the papers, or will set the matter for argument.

4. Defendants' individual or joint motions regarding sentencing generally, and particularly the issue of the appropriate method for calculating loss, will be filed by June 2, 2006.

5. The government will respond to or oppose the motions regarding sentencing, and particularly the loss calculation, no later than June 23, 2006.

6. All interested counsel will appear for argument on motions regarding sentencing on July 7, 2006 at 2:00 p.m. Appearance at this hearing is not obligatory but all defense counsel are invited to attend.

It is So Ordered.

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
United States District Judge

2