UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30046-MAP |
| ) | |
| JAMES SMITH ) | |

MOTION OF DEFENDANT JAMES SMITH, TO ADOPT DEFENDANT,
ALBERT INNARELLI'S MOTION TO ENLARGE TIME FOR FILING MOTION
RE: APPROPRIATE METHOD OF CALCULATING LOSS

    NOW comes the Defendant, JAMES SMITH, and respectfully requests this Honorable Court permit him to adopt and incorporate herein the Defendant, Albert Innarelli's Motion To Enlarge Time for Filing Motion RE: Appropriate Method of Calculating Loss.

    The Defendant, JAMES SMITH's sentencing hearing is scheduled for Thursday, September 28, 2006 and he asserts herein the same reasons set forth in the Motion filed on behalf of Mr. Innarelli.

    This Motion is filed with the assent of Mr. Innarelli's counsel, Attorney Moira Buckley.

    Wherefore, Defendant, JAMES SMITH, prays said Motion be allowed.

    The Defendant
    JAMES SMITH


    By /s/ Jack F. St. Clair
    Jack F. St. Clair, Esq.
    73 Chestnut Street
    Springfield, MA 01103
    (413) 737-5000
    BBO 438100

CERTIFICATE OF SERVICE

I, Jack F. St. Clair, do hereby certify that I have served all parties of record by electronic mailing on May 25, 2006

    /s/ Jack F. St. Clair
    Jack F. St. Clair