UNITED STATS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30046-MAP |
| ) | |
| JAMES SMITH ) | |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S
EX PARTE MOTION FOR FUNDS FOR SERVICES
OF FORENSIC ACCOUNTANT/AUDITOR**

NOW comes the undersigned Jack F. St. Clair and says:

1. My name is Jack F. St. Clair. I am a member of the state and federal bar of the Commonwealth of Massachusetts in good standing. I have been appointed to this defendant pursuant to the Criminal Justice Act.

2. The representations in the foregoing motion reflect my understanding of the work which has already been completed on a private basis by the expert in questions, and the further work which must be undertaken to render the results in useful form for the parties and the Court.

3. I have reviewed the resume of the expert, and it appears to me that she is highly qualified and experienced in her field.

Signed under the pains and penalties of perjury, on May 25, 2006

/s/ Jack F. St. Clair
Jack F. St. Clair