UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| JAMES SMITH | ) | |

PLAINTIFF'S EX PARTE MOTION FOR FUNDS
FOR SERVICES OF FORENSIC ACCOUNTANT/AUDITOR

NOW comes the defendant herein, JAMES SMITH, and respectfully requests that this Honorable Court permit him to adopt and incorporate herein the Defendant Wilfred Changasie's Ex Parte Motion for Funds for Services of Forensic Accountant/Auditor and authorize the expenditure, pursuant to the Criminal Justice Act, of $2,000.00 for the services of a forensic accountant/auditor to assist counsel in the preparation of materials to be presented to the court on the issue of loss to the alleged victims, as part of the determination of the sentence in the above-captioned matter.

The defendant states as grounds for this request the following:

1. The defendant has been found indigent by the court and assigned counsel pursuant to the Criminal Justice Act.

2. The case at bar concerns a large number of real estate transactions allegedly based on fraudulent loan applications, and resulting in numerous foreclosures, resales, and other transactions relevant to the determination of loss.

3. An expert with an extensive background in auditing and accountancy has assembled a large amount of data relevant to the determination of loss as to most or all of the defendants included in the indictment of this case, and, on information and belief, with some additional work on the part of the expert, that data can be made available to Defendant Smith and the court in spreadsheets, or some other form useful to the court in making a determination of the loss attributable to him.

4. It has been decided through conversation with counsel for other defendants in this case that there is no objection to Mr. Smith accessing this information if he is willing to pay a pro rata share of the expense of analyzing the data, and generating the necessary reports and charts. It is also contemplated that the expert will be available for testimony at a joint hearing on the calculation of loss.

5. The expert bills her time at a rate of $125.00 per hour. Sixteen (16) hours is a reasonable amount of time to attribute to gathering and analysis of the overall data, and breaking out the portions of the data specifically relevant to Mr. Smith's sentence. On information and

belief, private counsel have already paid many multiples of the amount requested in order to have the preliminary work completed, which has created the opportunity for Mr. Smith to have access to this valuable information at a reasonable cost.

6.  The information sought is clearly something which I would seek on behalf of Mr. Smith if he had adequate private funds to hire such an expert.

WHEREFORE, the defendant respectfully requests that the above-described relief be granted.

Dated: May 25, 2006

Respectfully submitted,
JAMES SMITH, Defendant

By /s/ Jack F. St. Clair
Jack F. St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103
(413) 737-5000
BBO # 438100