UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIM. NO. 04-30046-MAP

UNITED STATES OF AMERICA,

v.

JAMES SMITH, ET AL
Defendants

MOTION OF DEFENDANT JAMES SMITH
TO EXCUSE PRESENCE OF COUNSEL

Counsel for the defendant herein requests that his presence be excused from attending a hearing on the Motion to Continue Sentencing scheduled for Thursday, August 31, 2006 at 3:00 p.m.

In support hereof undersigned counsel states the following:

1. He is currently out of the Commonwealth on a family vacation scheduled to end on Saturday, September 2, 2006.

2. He previously made plans to adjust the date of his return to be present at the hearing on the issues of loss currently scheduled for Friday, September 1, 2006 at 11 a.m.

3. The reasons for the requested continuance are fully set forth in the drafted motion.

4. Other defendants have set forth motions to continue for the same or similarly stated reasons as defendant Smith.

5. Undersigned counsel has arranged for counsel for defendant Innarelli, Moira Buckley, to incorporate his arguments in favor of his motion into her arguments to the Court during the hearing on Thursday, August 31, 2006. The arguments are essentially

the same and need be made only once.

WHEREFORE, counsel for the defendant requests that his presence be excused from hearing on August 31, 2006 at 3:00 p.m.

>THE DEFENDANT
>By His Attorney
>
>/s/ Jack F. St. Clair
>Jack F. St. Clair, Esq.
>73 Chestnut Street
>Springfield, MA 01103
>(413) 737-5000
>BBO# 438100

CERTIFICATE OF SERVICE

I, Jack F. St. Clair, hereby certify that I served a copy of the foregoing motion on all parties of record on August 31, 2006.

>/s/ Jack F. St. Clair
>Jack F. St. Clair, Esq.