Denise Y. Victory
713 Woodbourne Avenue
Baltimore, MD 21212

August 21, 2006

Judge Michael Ponsor
1550 Main Street
Springfield, MA 01103

Dear Judge Ponsor,

My name is Denise Victory, and I am James E. ("Jim") Smith's domestic partner. I have lived with Jim since 1998. Because I was born and raised in Springfield, MA, we shared many of the same friends and I have been acquainted with Jim at least since 1977, if not longer.

During my teenage years, my first impressions of Jim were shaped by his ambition and determination. He was smart and, in my opinion, maintained a great reputation. He was a young father and husband, and I respected him for taking good care of his family.

From 1979-1984, I went away to college in Boston, and really only saw Jim in passing. Each time I saw Jim his charisma never wavered. He always had an uplifting spirit and always took care of his personal affairs. In his younger years, his personality shined and carried over into all aspects of what I observed of him. In fact, I remember running into Jim around 1988, when I was searching for a new car. I stopped into the "Mathis" car dealership in Chicopee, and there was Jim selling cars. Even after not seeing Jim for awhile, he held the same uplifting spirit.

Jim is a great father and has always put his children before himself. His children James, Joyclyn and now Joquam adore him. When our companionship grew strong and we began to build a life together at the end of 1997, it was then that Jim's son, James, lived with us until he graduated from high school. The bond that he has with James is like no other father/son relationship that I have ever witnessed. He has a deep love and commitment to his well being. Jim and I have a son that is now seven years old, and they too have a close bond.

Jim and I moved to Baltimore in 2002. His son James is now 24 years old, but prefers to live in Baltimore so that he can be closer to his father. Jim shares a similar bond with his daughter, Joyclyn, who decided she wanted to live with us in Baltimore two years ago. She is entering into the 11th grade. Our son, Joquam, who is entering into grade two, is also cared for and protected by his father. Jim has provided all of his children with private school education experiences, thus far. For his children, Jim is a pillar.

Jim is also genuinely concerned about other people. He is an industrious personality that would give his "last dime" to help someone else. There are many people in both Springfield and Baltimore that have benefited from Jim's kindness. Most recently, for months, he has housed and fed a friend who did not have anywhere to stay without asking for anything in return. He did this after being indicted and without having a "steady income flow" himself. (He was terminated from his job in early 2005.) Since then, Jim has created odd jobs for

*James E. Smith Character Letter*
*From Denise Victory to Judge Posner*

himself as well as for acquaintances that did not have a job. He did this so that he could support his family and help others he knew without work and not strip them of their dignity with a "hand out". Jim gives way more than he receives from others and he always sees the positive in everything he does. Although the past two years has put a strain on our relationship and has tested our faith in each other, I believe in his dreams and his goals. Therefore, I believe in him. That is why I have and will continue to endure the affects of the indictment situation.

I admire Jim's desire and ability to be an entrepreneur. Early on, he learned from many in the mortgage business until he was blessed with the opportunity to run his own corporation. In doing so, Jim became a mentor and a role model to several that are now in the mortgage industry. I have witnessed him change the lives of individuals that became loan officers under his guidance. He has given jobs to people that had absolutely no experience and bleakly looked at the future. Many are still in the mortgage business today.

I was shocked when law enforcement officials came to our door on September 23, 2004. I was even more surprised to hear what the actual charges were because they do not correlate with who is Jim Smith. I am thankful that our children were in the bed asleep when it did happen so that the image of their father, their pillar, was not shattered. To this day, the youngest, Joquam does not know that there is a legal issue that we as a family are dealing with.

The past two years have been tough. But even with the circumstances we are dealing with, Jim continued with his commitment to move my elderly parents to Baltimore so that we could better care for them. We are all living on the same property and depend on Jim's strength and encouragement each day. Prior to caring for my parents, Jim took care of his own mother from 1998 to 2002 until she was stable enough to care for herself.

As I stated, I have known James E. Smith through adolescence into adulthood. He is a trustworthy person with dignity. He has high standards for integrity. He has always been a responsible person that is willing to put the needs of others before his own. Life has not always been easy for Jim. He is a survivor. He takes the good with the bad, but dwells only on positive things.

I am not just saying these things because I love him. I say these things because I witness them.

Sincerely,

*Denise Y. Victory*
Denise Y. Victory

James E. Smith Character Letter
From Denise Victory to Judge Posner

Page 2 of 2